USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

**BakerHostetler**

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 24, 2020

Tiffany A. Miao
direct dial: 212.589.4266
tmiao@bakerlaw.com

**The Clerk of Court is directed to seal the Complaint, ECF No. 1**

**SO ORDERED:**

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
11/25/2020

**VIA ECF**

Hon. Katharine H. Parker
United States District Court,
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Intrepid Financial Partners, LLC v. Antonio C. Fernandez*, Case No.: 1:20-cv-09779

Dear Judge Parker:

    We represent plaintiff Intrepid Financial Partners, LLC in the above-referenced matter. Pursuant to your Honor's Individual Practice Rule III.d, we respectfully submit this letter motion to request that the Court (1) seal the Complaint, ECF No. 1, and permit plaintiff to file a redacted version of the Complaint in the form attached to this letter as Exhibit A; and (2) permit plaintiff to file under seal an unredacted version of Exhibit A to Mr. Winchenbaugh's declaration, ECF No. 7-1.

    The information plaintiff seeks to redact or has already filed as redacted in the referenced documents is narrowly limited to defendant's personal financial compensation information.  Mr. Fernandez's personal financial compensation information was accidentally included in the Complaint.  As such, a redaction is warranted here, where plaintiff is currently in the process of hiring a replacement for Mr. Fernandez and disclosure of his compensation would be prejudicial to plaintiff, and to protect Mr. Fernandez's privacy interest.  *See Oliver Wyman, Inc. v. Eielson*, 282 F. Supp. 3d 684, 706 (S.D.N.Y. 2017); *see, e.g.*, *Murray v. UBS Sec., LLC*, No. 14 CIV. 927 (KPF), 2017 WL 1498051, at *6 (S.D.N.Y. Apr. 25, 2017) (redacting salary information).

Hon. Katharine H. Parker
November 24, 2020
Page 2

<u>Counsel has conferred with defendant, and defendant consents to plaintiff's request. Accordingly, plaintiff respectfully requests that the Court grant its application and enter an order sealing the Complaint, ECF No.1.</u>

Respectfully submitted,

Tiffany A. Miao


cc:    John Siegal, Esq.
       Tina Solis, Esq.
       Daniel Schnapp, Esq.
       Christina Kurow, Esq.