

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

**Daniel A. Schnapp**
*Partner*
T 212-940-3026
dschnapp@nixonpeabody.com

Tower 46
55 West 46th Street
New York, NY  10036-4120
212-940-3000

November 25, 2020

<u>*Via ECF*</u>

Honorable Laura Taylor Swain
U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
SwainNYSDCorresp@nysd.uscourts.gov

# MEMO ENDORSED

**RE:** *Intrepid Financial Partners, LLC v. Antonio C. Fernandez*, **Civil Action No.: 1:20-cv-09779-LTS**

Dear Judge Swain:

    As the Court is aware, this Firm represents Defendant Antonio C. Fernandez ("Defendant or Fernandez") in the above-captioned action. Plaintiff Intrepid Financial Partners, LLC's ("Plaintiff" or "Intrepid") and Defendant (collectively, the "Parties") respectfully request an adjournment of the time to submit their Joint Status Report, Proposed Discovery Schedule, Proposed Briefing Schedule, and any Reply Briefs pursuant to the Court's Order dated November 24, 2020 ("Order").

    The parties met yesterday and today with Magistrate Judge Parker. The parties anticipate continuing their discussions to resolve Plaintiff's Motion for a Temporary Restraining Order and Expedited Discovery ("Motion") through the Thanksgiving holiday.

    Accordingly, the parties jointly request that the Court modify its Order and permit the parties to submit their Joint Status Report, Proposed Discovery Schedule, Proposed Briefing Schedule, and any Reply Briefs this Friday November 27, 2020, by 5pm EST.

    The Parties remain scheduled to appear before your Honor for a Hearing on November 30, 2020 at 10:00 a.m.

    We thank the Court for its attention to this matter.

Honorable Laura Taylor Swain
November 25, 2020
Page 2

Respectfully submitted,

Daniel A. Schnapp
Partner

  cc:    Tina B. Solis, Esq.
           John Siegal, Esq.
           Tiffany A. Miao, Esq.

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

The requested filing deadline extensions are granted.  DE# 18 and 19 resolved.
SO ORDERED.
11/25/2020
/s/ Laura Taylor Swain, USDJ