UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

INTREPID FINANCIAL PARTNERS, LLC,

       Plaintiff,

 -v-                                          No.  20 CV 9779-LTS

ANTONIO C. FERNANDEZ,

       Defendant.

-------------------------------------------------------x

## AMENDED ORDER

The Court has rescheduled the teleconference on Thursday, December 17, 2020**, to 2:30 p.m.** to discuss the logistics regarding the parties' upcoming preliminary injunction hearing.

To access the conference, participants may dial **888-363-4734** and use access code **1527005#** and security code **3066#**.  Members of the press and public may call the same number, but will not be permitted to speak during the hearing.  In accordance with the Court's Emergency Individual Rules and Practices in Light of COVID-19, counsel should adhere to the following rules and guidelines during the hearing:

1. Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak.  Counsel

    should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

4. If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

    SO ORDERED.

Dated: New York, New York
        December 17, 2020

                                                                    /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                           United States District Judge