UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

INTREPID FINANCIAL PARTNERS, LLC,

       Plaintiff,

  -v-                                              No.  20 CV 9779-LTS

ANTONIO C. FERNANDEZ,

       Defendant.

-------------------------------------------------------x

ORDER

The Court will hold the preliminary injunction hearing on Friday **December 18, 2020, at 2:00 p.m.**  To access the hearing, members of the press and public may dial **888-363-4734** and use access code **1527005#** and security code **3066#**.  This is a listen-only line.

     SO ORDERED.

Dated: New York, New York
       December 18, 2020

                                                      /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge