UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

INTREPID FINANCIAL PARTNERS, LLC,

       Plaintiff,

  -v-                                             No.  20 CV 9779-LTS

ANTONIO C. FERNANDEZ,

       Defendant.

--------------------------------------------------------x

ORDER

The Court has received the Defendant's motion to dismiss for lack of jurisdiction. (See docket entry no. 62.)  The Plaintiff is directed to file its opposition papers by **Monday December 21, 2020, at 4:00 p.m**.  Any reply papers must be filed by **Wednesday December 23, 2020, at 4:00 p.m.**   Courtesy copies must be emailed to SwainNYSDcorresp@nysd.uscourts.gov.

      SO ORDERED.

Dated: New York, New York
       December 18, 2020

                                                        /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge