UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

INTREPID FINANCIAL PARTNERS, LLC,

       Plaintiff,

  -v-                                              No.  20 CV 9779-LTS

ANTONIO C. FERNANDEZ,

       Defendant.

-------------------------------------------------------x

ORDER

The Court has received the Defendant's request to seal certain documents filed in connection with its motion to dismiss and opposition to the Plaintiff's motion for a preliminary injunction, including excerpts from the deposition testimony of Messrs. Fernandez and Trauber (see docket entry nos. 74, 106.); the Plaintiff's request to seal excerpts from the deposition testimony of Messrs. McGee and Winchenbaugh (see docket entry no. 108); and the Defendant's request to seal certain documents filed in connection with its reply papers in support of its motion to dismiss (see docket entry no. 96).

The parties' sealing requests are granted for the reasons stated in their letter submissions seeking leave to file confidential non-public documents with redactions. (See docket entry nos. 74, 96, 106, 108.)  The Clerk of Court is respectfully requested to restrict access to docket entries 64, 65-2, 65-4, 65-6, 65-8, 65-9, 65-10, 65-12, 65-13, 65-19, 66, 68-2, 68-16, 68-4, 68-6, 68-8, 68-9, 68-10, 68-12, 68-12, 68-16, 68-17, 97, 106, and 108, which shall be kept under seal with access to plaintiff and defendant only.  The parties are directed to refile the documents at docket entry nos. 64, 65-8, 65-9, 65-10, 65-19, 68-8, 68-9, 68-10, 68-19, 69 and

97, so as to conform the witness testimony redactions to those proposed in docket entry nos. 106 and 108, which are approved as set forth above.

This Order resolves docket entry nos. 74, 96, 106, 108.

SO ORDERED.

Dated: New York, New York
December 30, 2020

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge